**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Superior Heating & Cooling, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA Empire State Construction Co.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**04-3686358** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1560 Harlem Road**<br>**Buffalo, NY 14206** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Erie** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7  ☐ Chapter 11  ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ■ Other **Limited Liability Company** ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business  ■ Business | ■ Full Filing Fee attached |
| | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)        THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Superior Heating & Cooling, LLC**    **FORM B1**, Page 2 |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Murray J. Grashow, Esq.**
Signature of Attorney for Debtor(s)

**Murray J. Grashow, Esq.**
Printed Name of Attorney for Debtor(s)

**Grashow & Bakshi**
Firm Name

**5780 Main Street**
**Williamsville, New York 14221**
Address    **Email: Mgrashow@adelphia.net**

**(716) 634-7400  Fax: (716) 634-6236**
Telephone Number

**January 21, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William J. Klink**
Signature of Authorized Individual

**William J. Klink**
Printed Name of Authorized Individual

**Member/President**
Title of Authorized Individual

**January 21, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

In re **Superior Heating & Cooling, LLC** , Case No. **?AskCourt?**
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fleet National Bank (Bank of America)<br>5 Whittier Street<br>MAFR WO6A<br>Framingham, MA 01701** | - | | 2/8/2000<br><br><br>Value $ 0.00 | | | | **100,000.00** | **100,000.00** |
| Account No. **EXPxxx-xxx-4002**<br><br>**U.S. Small Business Administration<br>Sacramento Loan Processing Center<br>501 I Street, Suite 12-100<br>Sacramento, CA 95814-2322** | - | | 2/8/2000<br><br><br>Value $ 0.00 | | | | **100,000.00** | **100,000.00** |
| Account No.<br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br> | | | <br><br><br>Value $ | | | | | |
| **0** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | **200,000.00** | |
| | | | | | | Total<br>(Report on Summary of Schedules) | **200,000.00** | |

Form B6F
(12/03)

In re **Superior Heating & Cooling, LLC** , Case No. **?AskCourt?**
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**84 Lumber Co., L.P<br>1019 Route 519<br>Building #2<br>Eighty Four, PA 15330** | | - | | | | | **1,481.94** |
| Account No.<br><br>**ABR Wholesalers, Inc.<br>510 North Goodman Street<br>Rochester, NY 14609** | | - | | | | | **4,341.55** |
| Account No.<br><br>**Aluminum Gutters, Inc.<br>3448 Niagara Falls Blvd.<br>North Tonawanda, NY 14120** | | - | | | | | **8,764.07** |
| Account No.<br><br>**Blue Tarp, Inc.<br>P.O. Box 10922<br>Overland Park, KS 66225** | | - | | | | | **4,521.53** |
| __5__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | **19,109.09** |

In re **Superior Heating & Cooling, LLC**, Case No. **?AskCourt?**
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Chase Auto Financial** | | - | | | | | 15,000.00 |
| Account No.<br>**Danny Thompson, Inc.**<br>**2102 11th Street**<br>**Niagara Falls, NY 14305** | | - | | | | | 997.33 |
| Account No.<br>**Dell Financial** | | - | | | | | 2,500.00 |
| Account No.<br>**Edward H. Cox Co., Inc.**<br>**91 Union Street**<br>**Hamburg, NY 14075** | | - | | | | | 14,385.00 |
| Account No.<br>**Fleet Credit Card** | | - | | | | | 3,386.87 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    36,269.20

Form B6F - Cont.
(12/03)

In re **Superior Heating & Cooling, LLC**, Case No. **?AskCourt?**
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Fleet Line of Credit** | | - | | | | | 100,000.00 |
| Account No.<br>**General Insulation Company, Inc.**<br>**278 Mystic Avenue**<br>**Suite 209**<br>**Medford, MA 02155** | | - | | | | | 1,558.80 |
| Account No.<br>**Harleysville Insurance Co.** | | - | | | | | 693.00 |
| Account No.<br>**Home Depot** | | - | | | | | 20,426.42 |
| Account No.<br>**Home Depot #2** | | - | | | | | 3,004.69 |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **125,682.91**

In re **Superior Heating & Cooling, LLC**, Case No. **?AskCourt?**
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>IRR Supply Centers, Inc.<br>908 Niagara Falls Blvd.<br>North Tonawanda, NY 14120 | - | | | | | | 26,040.87 |
| Account No.<br><br>LA Hazard & Sons, Inc.<br>1695 Overhead Road<br>Derby, NY 14047 | - | | | | | | 3,050.86 |
| Account No.<br><br>Lafarge North America, Inc.<br>270 Northpointe Parkway<br>Suite 100<br>Buffalo, NY 14228 | - | | | | | | 17,329.30 |
| Account No.<br><br>Reifler Concrete Products, LLC<br>5650 Camp Road<br>Hamburg, NY 14075 | - | | | | | | 20,074.00 |
| Account No.<br><br>TFS Mechanical<br>72 Benbro Drive<br>Buffalo, NY 14225 | - | | | | | | 1,481.94 |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **67,976.97**

In re **Superior Heating & Cooling, LLC**, Case No. **?AskCourt?**
　　　　　　　　　　　　　Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Verizon Directories Corp (Empire)**<br>**P.O. Box 64809**<br>**Baltimore, MD 21264-4809** | - | | | | | | 12,416.25 |
| Account No.<br>**Verizon Directories, Corp.( Superior)**<br>**P.O. Box 64809**<br>**Baltimore, MD 21264-4809** | - | | | | | | 51,666.75 |
| Account No.<br>**VP Supply Corp**<br>**3445 Winton Place**<br>**Rochester, NY 14623** | - | | | | | | 2,011.88 |
| Account No.<br>**White Directory Publishers, Inc. (Empire**<br>**1945 Sheridan Drive**<br>**Buffalo, NY 14223** | - | | | | | | 13,400.31 |
| Account No.<br>**White Directory Publishers, Inc. (Superi**<br>**1945 Sheridan Drive**<br>**Buffalo, NY 14223** | - | | | | | | 37,528.07 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **117,023.26**

In re **Superior Heating & Cooling, LLC** , Case No. **?AskCourt?**
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **WUTV 29** <br> **951 Whitehaven Road** <br> **Grand Island, NY 14072** | - | | | | | | 7,900.75 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,900.75**

Total (Report on Summary of Schedules) **373,962.18**

84 Lumber Co., L.P
1019 Route 519
Building #2
Eighty Four, PA 15330


A. Sheldon Gould, Esq.
447 E. Washington Street
Syracuse, NY 13202


Aaron, Dautch, Sternberg and Lawson, LLP
43 Court Street
Suite 730
Buffalo, NY 14202


ABR Wholesalers, Inc.
510 North Goodman Street
Rochester, NY 14609


Aluminum Gutters, Inc.
3448 Niagara Falls Blvd.
North Tonawanda, NY 14120


Blue Tarp, Inc.
P.O. Box 10922
Overland Park, KS 66225


Chase Auto Financial


Danny Thompson, Inc.
2102 11th Street
Niagara Falls, NY 14305


Dell Financial


Edward H. Cox Co., Inc.
91 Union Street
Hamburg, NY 14075


Fleet Credit Card

Case 1-05-10479-CLB,   Doc 1,   Filed 01/21/05,   Entered 01/21/05 16:39:12,
Description: Main Document , Page 10 of 12

Fleet Line of Credit

Fleet National Bank (Bank of America)
5 Whittier Street
MAFR WO6A
Framingham, MA 01701

General Insulation Company, Inc.
278 Mystic Avenue
Suite 209
Medford, MA 02155

Goldstein, Bulan & Chiari, LLP
1440 Rand Building
Buffalo, NY 14203

Harleysville Insurance  Co.

Home Depot

Home Depot #2

IRR Supply Centers, Inc.
908 Niagara Falls Blvd.
North Tonawanda, NY 14120

LA Hazard & Sons, Inc.
1695 Overhead Road
Derby, NY 14047

Lafarge North America, Inc.
270 Northpointe Parkway
Suite 100
Buffalo, NY 14228

Reifler Concrete Products, LLC
5650 Camp Road
Hamburg, NY 14075

Seth L. Hibbert
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203


TFS Mechanical
72 Benbro Drive
Buffalo, NY 14225


U.S. Small Business Administration
Sacramento Loan Processing Center
501 I Street, Suite 12-100
Sacramento, CA 95814-2322


Verizon Directories Corp (Empire)
P.O. Box 64809
Baltimore, MD 21264-4809


Verizon Directories, Corp.( Superior)
P.O. Box 64809
Baltimore, MD 21264-4809


VP Supply Corp
3445 Winton Place
Rochester, NY 14623


White Directory Publishers, Inc. (Empire
1945 Sheridan Drive
Buffalo, NY 14223


White Directory Publishers, Inc. (Superi
1945 Sheridan Drive
Buffalo, NY 14223


WUTV 29
951 Whitehaven Road
Grand Island, NY 14072